

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00681-CV

John E. **RODARTE**,
Appellant

v.

**BENEFICIAL TEXAS, INC.**, its successors and assigns,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CI14597
Honorable Richard Price, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

We ORDER all costs of the appeal assessed against appellant John E. Rodarte.

SIGNED November 5, 2014.

_____
Luz Elena D. Chapa, Justice